In the Matter of the Claim of TERRI A. JABLONSKI, Appellant. COMMISSIONER OF LABOR, Respondent.

Decided May 5, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ERIKA KWASNIK, Respondent, v JOHN B. KING, as Commissioner of Education of the State of New York, et al., Respondents, and BOARD OF EDUCATION OF THE NORWICH CITY SCHOOL DISTRICT et al., Appellants.

Submitted February 23, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of IRENE LEUNG, Appellant, v NEW YORK CITY DEPARTMENT OF BUILDINGS et al., Respondents.

Decided May 5, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.